# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**BROWARD DIVISION**

---------------------------------- x
MARTIN HOMMEL, :

Plaintiff, : Case No.

v. :

NOVARTIS CONSUMER HEALTH, INC., :

Defendant. :
---------------------------------- x

**DECLARATION OF AMOS YANG IN**
**SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL**

I, Amos Yang, pursuant to 28 U.S.C. § 1746, declare:

1. I am the Brand Manager for the Excedrin® brand products of defendant Novartis Consumer Health, Inc. ("NCH"). In my position as Brand Manager for Excedrin® brand products, I am responsible for all aspects of the marketing of all products sold under the Excedrin® trademark, including Excedrin PM.®

2. As part of my duties and responsibilities as Brand Manager, I have become familiar with retail sales data that NCH receives from SymphonyIRI Group, Inc. ("IRI") in the normal course of business. IRI provides sales data for consumer packaged goods gathered from checkout scanners at more than 95,000 retail locations (excluding Wal-Mart, Inc. ("WalMart"), which doesn't release such data) in the U.S. NCH uses and relies upon this data in the normal course of business in making marketing and sales decisions.

3. NHC sells Excedrin PM® principally to national retail chains and to distributors or wholesalers, who distribute the products to retailers. In particular, as reflected in the sales report from IRI, which is attached hereto as Exhibit A, the total retail sales in Florida of

Excedrin PM® for the years 2005 through August 15, 2010 were approximately $5.85 million, excluding sales of Excedrin PM® by WalMart.

4. WalMart is NCH's largest customer of Excedrin PM.® If retail sales by WalMart of Excedrin PM® in Florida were included, the aggregate retail sales of Excedrin PM® in Florida would far exceed $5.85 million for the years 2005 through August 15, 2010.

Executed this 31 day of August, 2010 in Parsippany, New Jersey.

Amos Yang

# EXHIBIT A



**IRI Service Bureau Ad-hoc Report**
**FLORIDA FDMx**
**52 Week Periods**

| | YTD ending 8/15/2010 | | | | Annual 2009 | | | | Annual 2008 | | | | Annual 2007 | | | | Annual 2006 | | | | Annual 2005 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Product | Unit Sales | Unit Sales % Chg vs YAG | Dollar Sales | Dollar Sales % Chg vs YAG | Unit Sales | Unit Sales % Chg vs YAG | Dollar Sales | Dollar Sales % Chg vs YAG | Unit Sales | Unit Sales % Chg vs YAG | Dollar Sales | Dollar Sales % Chg vs YAG | Unit Sales | Unit Sales % Chg vs YAG | Dollar Sales | Dollar Sales % Chg vs YAG | Unit Sales | Unit Sales % Chg vs YAG | Dollar Sales | Dollar Sales % Chg vs YAG | Unit Sales | Unit Sales % Chg vs YAG | Dollar Sales | Dollar Sales % Chg vs YAG |
| EXCEDRIN PM | 114,851 | 20.6 | 707,874 | 17.5 | 148,302 | (9.8) | 931,655 | (5.8) | 164,498 | 4.6 | 989,361 | (3.6) | 157,333 | (0.5) | 1,026,674 | (4.6) | 158,128 | (6.6) | 1,076,163 | (4.3) | 169,266 | NA | 1,124,238 | NA |



(c) Copyright 2010, Information Resources Inc.